**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MAYRA MARFISI,

                      Plaintiff,              21 **CIVIL** 5947 (KMK) (PED)

      -v-                                  **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated December 16, 2021, that this action be, and hereby is, reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g), for the purpose of conducting further administrative proceedings.

**Dated:**  New York, New York
         December 16, 2021

                                    **RUBY J. KRAJICK**
                               _____
                                   **Clerk of Court**
      **BY:**
                                     **Deputy Clerk**